AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

                Plaintiff,

    v.

Stephen Myers,

                Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00665-JCM-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff, United States of America, and against Defendant, Stephen Myers, in the amount of $165,778.65, plus accrued daily interest thereon from 6/1/2018 at the rate of $22.55 annum on the unpaid principal to the date of judgment herein.
IT IS FURTHER ORDERED that post-judgment interest shall accrue on the Judgment from the date of entry until paid in full pursuant to 28 U.S.C. § 1961.

 

8/10/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk